BRUCE K. WARREN* (PA SBN 896777)
**WARREN & VULLINGS LLP**
1603 Rhawn Street
Philadelphia, PA 19111
Telephone: (215) 745-9800
Facsimile: (215) 745-7880
bruce@warrenvullingslaw.com
*Lead Counsel for Plaintiff*

ALEXANDRA G. TAYLOR** (CA SBN 253963)
**PILOT LAW, P.C.**
101 W. Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 255-2398
Facsimile: (619) 231-4984
E-mail: ataylor@pilotlawcorp.com
*Local Counsel for Plaintiff*

*Pro Hac Vice Application Pending
**Attorney of Record

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE C. AQUINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEGAL RECOVERY LAW OFFICES, INC.,<br>A California corporation,<br><br>Defendant. | Case No.: 3:11-cv-01035-H -WVG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, JORGE C. AQUINO, and Defendant, LEGAL RECOVERY LAW OFFICES, INC., by and through their respective attorneys of record herein, stipulate that the above-captioned action

-1-

be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a) with the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: August 16, 2011.

PILOT LAW, P.C.

BY: /s/ Agtaylor
ALEXANDRA G. TAYLOR, ESQ.
Attorney for Plaintiff
JORSE C. AQUINO

Dated: August 18, 2011.

WARREN & VULLINGS LLP

BY: /s/
BRUCE K. WARREN, ESQ.
Attorney for Plaintiff
JORSE C. AQUINO

Dated: August ____, 2011.

LEGAL RECOVERY LAW OFFICES, INC.

BY: /s/
ANDREW RUNDQUIST, ESQ.
Attorney for Defendant
LEGAL RECOVERY LAW OFFICES, INC.

-2-